SAMI SEDGHANI (#280437)
**SYNERGIST LAW, P.C.**
1299 Fourth Street Suite 301
San Rafael, CA, 94901
Telephone:     (415) 326-3708
sami@synergistlaw.com

*Attorney for Ron Najafi and Emery Pharma*

# IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE RULE 45 SUBPOENAS ISSUED TO DR. RON NAJAFI AND EMERY PHARMA | Case No.  21-mc-80304<br><br>**DR. RON NAJAFI AND EMERY PHARMA'S EMERGENCY EX PARTE APPLICATION FOR ORDER SHOTENING TIME FOR BRIEFING ON THEIR MOTION TO QUASH SUPBOENAS PURSUANT TO L.R. 6-3** |

EX PARTE APPLICATION TO SHORTEN TIME TO RESPOND TO MOTIONT TO QUASH

TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:

PLEASE TAKE NOTE THAT as soon as this motion may be heard by the United States District Court, Northern District of California, located at 450 Golden Gate Ave., San Francisco, CA 94102, attorneys for Non-Party Dr. Ron Najafi and Najafi Pharma Inc. dba Emery Pharma ("Emery Pharma Deponents") WILL, AND HEREBY DOES MOVE Ex Parte pursuant to Northern District Local Rule 6-3 concerning motions for an order shortening time and Local Rule 7-10 concerning ex parte applications, and on the grounds that Eva Canaan, counsel for defendant Boehringer Ingelheim Pharmaceuticals, Inc. ("BIP") has indicated that they intend to imminently file a motion to compel in the MDL action pending before the United States District Court, Southern District of Florida Case No. 9:20-md-02924-RLR to enforce the subpoenas and further intends to have movant's pending motion in this Court transferred to the MDL thereby imposing great burden on the part of the movant. Despite the abundantly clear language of Fed. R. Civ. P. R. 45, counsel for BIP has decided to further burden non-party Emery Pharma and Dr. Najafi by forcing a protracted motion practice in a foreign court contrary to the rules of civil procedure. In fact they have filed a notice with the MDL court intending to coordinate movant's motion to quash with the wholly distinct product litigation suits pending before the Florida MDL court. By misrepresenting the instant motion to quash as containing core questions of law and fact that overlap with the personal injury cases pending before the MDL, counsel for BIP seeks to forum shop and exert maximal burden and litigation costs on the part of the non-party. Accordingly, the undersigned respectfully seeks this court to stay any transfer of this action and further requests and order shortening BIP's time to file its responsive brief to no later than December 28.

The basis for the requested shortening of time is that the end of fact discovery in the case is January 24, 2022 and movant understands that BIP intends to file numerous motions in the Southern District of Florida, thereby imposing great burdens on Emery Pharma to have to file opposition briefings in multiple courts. Sedghani Decl. ¶ 2. BIP has already repeatedly tried to force the Emery Pharma Deponents to engage in the MDL litigation and has indicated through her email today that she intends to file a motion to compel in the MDL despite the already pending

SYNERGIST LAW, P.C.
ATTORNEYS AT LAW

1  motion to quash in this court. *Id*. at ¶ 3. If the court does not shorten the briefing schedule for the
2  instant motion to quash, Emery Pharma Deponents will suffer substantial harm by being forced
3  to have to appear in an MDL litigation which they are not a party to, simply because BIP does
4  not intend to follow the procedures outline in FRCP 45. *Id*. at ¶5.  It will further force duplicative
5  motion practice and further burden Emery Pharma to have to seek new local counsel simply to
6  oppose the motion thereby incurring additional fees.

   Accordingly, the movant requests an order shortening BIP's response deadline to December 28 in order to avoid being dragged into the middle of the MDL dispute to which the movant is not a party.

**SYNERGIST LAW, P.C**.

Dated:      December 23, 2021          By:      /s/ *Sami Sedghani*
                                                Sami Sedghani
                                                1299 Fourth Street Suite 301
                                                San Rafael, CA, 94901
                                                Telephone:    (415) 326-3708
                                                sami@synergistlaw.com

***Attorney for Dr. Najafi and Emery Pharma***

## Certificate of Service

I, Sami Sedghani am over the age of 18 and not a party to the above action. I, HEREBY CERTIFY pursuant to 28 U.S.C. §1746 that on December 20, 2021, a copy of the foregoing:

**DR. RON NAJAFI AND EMERY PHARMA'S EMERGENCY EX PARTE APPLICATION FOR ORDER SHOTENING TIME FOR BRIEFING ON THEIR MOTION TO QUASH SUPBOENAS PURSUANT TO L.R. 6-3**

**DECLARATION OF SAMI SEDGHANI IN SUPPORT**

**was served in the manner specified below:**

Based on an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents below to be sent to the persons at the e-mail addresses on the below service list on the dates and at the times stated thereon. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. The electronic notification address of the person making the service is sami@synergistlaw.com.

Eva Canaan, Esq.
**KING & SPALDING LLP**
1185 Avenue of the Americas, 34th Floor
New York, NY 10036-2601
Tel: (212)556-2100
Fax: (212) 556-2222
ecanaan@kslaw.com

*Counsel for Defendant Boehringer Ingelheim Pharmaceuticals, Inc.*

Rosemarie Riddell Bogdan Esq.
**Martin, Harding & Mazzotti LLP**
PO Box 15141
Albany, NY 12212-5141
Direct Line (518) 724-2207
Main Number (518) 862-1200
rosemarie.bogdan@1800law1010.com

Dated: December 23, 2021                **SYNERGIST LAW, P.C.**

_____

Sami Sedghani, Esq.

*Attorney for movant Ron Najafi and Emery Pharma*