IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE RULE 45 SUBPOENAS ISSUED TO DR. RON NAJAFI AND EMERY PHARMA | Case No. 3:21-mc-80304<br><br>**[PROPOSED] ORDER SHORTENING TIME FOR BRIEFING ON MOVANT'S MOTION TO QUASH SUBPOENAS SERVED ON NON-PARTIES DR. RON NAJAFI AND EMERY PHARMA** |

The Court has reviewed and considered movant Dr. Najafi and Emery Pharma's application to shorten time on movant's motion to quash pursuant to Local Rule 6.3 as well as BIP's opposition, any reply in support of the motion, and any evidence and argument thereon. Good cause having been shown.

It is hereby ORDERED that the Opposition to Movant's Motion to Quash Subpoenas Issued to Non-Party Dr. Najafi and Emery Pharma (ECF No. 1) are due on or before _____. The reply brief re Movant's Motion to Quash are due on or before _____.

SO ORDERED this _____ day of _____, 2021.

_____
Honorable
United States District Judge

SYNERGIST LAW, P.C.
ATTORNEYS AT LAW